UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CODY W. NOEL,<br><br>        Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | No.  2:13-cv-2664-KJN<br><br><br>ORDER |

The parties' stipulation to an extension of time to file plaintiff's motion for summary judgment (ECF No. 12) is granted.  Plaintiff shall file a motion for summary judgment no later than July 14, 2014, and all other case management deadlines are adjusted accordingly.

IT IS SO ORDERED.

Dated: June 12, 2014

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1