UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CODY W. NOEL,<br><br>                Plaintiff,<br><br>        v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>                Defendant. | No.  2:13-cv-2664-KJN<br><br>ORDER TO SHOW CAUSE |

On August 11, 2014, after plaintiff's former counsel was permitted to withdraw, the court granted plaintiff an approximately 60-day period to obtain new counsel, if he so desired, and file his motion for summary judgment. (ECF No. 16.) In particular, the court directed plaintiff to file his motion for summary judgment, whether represented by new counsel or proceeding without counsel, no later than October 13, 2014. (Id.) Plaintiff was specifically cautioned that failure to file a motion for summary judgment may result in dismissal of the action pursuant to Federal Rule of Civil Procedure 41(b). (Id.)

Although the October 13, 2014 deadline has now passed, plaintiff failed to file a motion for summary judgment in accordance with the court's order. Accordingly, IT IS HEREBY ORDERED that:

1. Within fourteen (14) days of this order, plaintiff shall show cause in writing why this

1

action should not be dismissed pursuant to Federal Rule of Civil Procedure 41(b).

2. Failure to file a timely response to the order to show cause will be deemed as plaintiff's consent to dismissal of the action.

IT IS SO ORDERED.

Dated:  October 16, 2014

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE